[No. 67139-1-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RENE D. MANUEL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00563-1, Amber L. Finlay, J., entered March 15, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Appelwick, JJ.

[No. 67162-6-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHALAM ANANDA DAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-01416-5, Anna M. Laurie, J., entered March 31, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 67164-2-I.   Division One.   July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MIRANDA ROSE THOMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00691-6, Nelson E. Hunt, J., entered April 14, 2010. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 39813-3-II.   Division Two.   July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD GEOFFREY WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01186-9, John P. Wulle, J., entered September 16, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Worswick, JJ.